## MILLER ET AL. V. DOW.

Lands may be holden by a fifteen years' possession, under certain circumstances, although not inclosed with a fence.

ACTION of ejectment for fifty acres of land in Plainfield. Plea — No wrong or disseisin. Issue to the jury.

The plaintiffs derived their title from old Mr. Winthrop who held under a grant from the proprietors.

The defendant gave in evidence, that he and those under whom he claimed had been in the possession of said land more than fifty years, claiming the same, taking the whole profits and holding all others out therefrom, in manner following viz. the greater part was actually inclosed with a fence, cleared and improved for grass, grain, etc. the other part adjoining not inclosed by a fence, was claimed, holden and improved for a wood lot, on which he yearly got his wood and timber keeping all others out therefrom.

Verdict for the defendant, generally that he had done no wrong or disseisin; which was accepted by the court, upon the principle that the manner in which he claimed, possessed and improved the uninclosed part lying connected with the inclosed part; announced to the world his ownership of it, by acts of equal notoriety as though it had been inclosed with a fence. See Smith v. Isaacs, New Haven, January Term, 1790.